# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

MATTHEW ALLEN,

       Petitioner,

   v.

DEPT. OF CORRECTIONS,
RICK RAEMISCH (Secretary) and
MATT HANEMAN, Agent for
Department of Corrections,

       Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-665-bbc

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

    This case is dismissed against respondents.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____1/7/09_____
Date