IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MATTHEW ALLEN,

                Plaintiff,                ORDER

     v.                         08-cv-665-bbc

DEPT. OF CORRECTIONS,
RICK RAEMISCH (Secretary),
CHUCK WINELAND, parole agent supervisor
MATT HANEMAN, parole agent,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On December 21, 2009, I entered an order dismissing plaintiff's second amended complaint and giving him until January 8, 2010 in which to submit a proposed amended complaint that conforms to Fed. R. Civ. P. 8.  In addition, I told plaintiff that his failure to respond to the court's order would result in dismissal of this case and the assessment of a strike under 28 U.S.C. § 1915(g).  On January 14, 2010, I granted plaintiff an extension of the deadline to file his amended complaint until January 28, 2010.

      Plaintiff has not responded to the court's orders.  Accordingly, the clerk of court is directed to close this case and assess plaintiff a strike under 28 U.S.C. § 1915(g) for filing

a complaint that fails to state a claim upon which relief can be granted.

Entered this 5th day of February, 2010.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge