IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MATTHEW ALLEN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 08-cv-665-bbc

DEPT. OF CORRECTIONS,
RICK RAEMISCH (Secretary),
CHUCK WINELAND, parole agent
supervisor and MATT HANEMAN,
parole agent,

    Defendants.

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____
Peter Oppeneer, Clerk of Court

2/9/10
Date